# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROLINDA J. GARCIA,

    Plaintiff,

v.

THE CBE GROUP, INC.,

    Defendant.

                                                 /

Case No. 8:21-cv-00894-CEH-JSS

## **NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE**

NOW COMES, ROLINDA GARCIA ("Plaintiff"), by and through her undersigned attorney, and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, THE CBE GROUP, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 25, 2021

                                                Respectfully Submitted,

                                                */s/ Alejandro E. Figueroa*
                                                Alejandro E. Figueroa
                                                Florida Bar No. 1021163
                                                Sulaiman Law Group, Ltd.
                                                2500 S. Highland Avenue, Suite 200
                                                Lombard, IL 60148
                                                Phone: (630) 575-8181
                                                Fax: (630) 575-8188
                                                alejandrof@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 25, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa