UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROLINDA J. GARCIA,

    Plaintiff,

v.                                                         Case No: 8:21-cv-894-CEH-JSS

CBE GROUP, INC.,

    Defendant.
_____/

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 11). In accord with the Notice of Voluntary Dismissal With Prejudice, it is

**ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 11).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on May 25, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record